IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:24cr487-MHT** |
| | ) | **(WO)** |
| **AARON DEVONTE ANDERSON** | ) | |
| | ) | |

OPINION AND ORDER

Defendant Aaron Devonte Anderson moved to suppress evidence obtained as a result of an investigation following a response to a 911 hang-up call. This case is before the court on the recommendation of the United States Magistrate Judge that Anderson's motion to suppress be granted in part and denied in part. Also before the court are Anderson's objections to the portion of the recommendation denying his motion. Upon an independent and de novo review of the record, including a review of the evidentiary hearing transcript, the court concludes that the objections should be overruled and the recommendation adopted.

Accordingly, it is ORDERED as follows:

(1) The objections (Doc. 52) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. 47) is adopted.

(3) The motion to suppress (Doc. 30) is granted as to defendant Aaron Devonte Anderson's statements made while in custody and subjected to questioning.

(4) Said motion to suppress is denied as to all physical evidence obtained from defendant Anderson's car and to statements made either voluntarily or in response to questioning under the public safety exception to *Miranda*.

DONE, this the 22nd day of July, 2025.

                                    /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE